■ In the Matter of LANCE P., a Person Alleged to be a Juve-
nile Delinquent, Appellant. [781 NYS2d 893]—

Order of disposition, Family Court, New York County (Sheldon
M. Rand, J.), entered on or about October 28, 2003, which
adjudicated appellant a juvenile delinquent, upon appellant's
admission that he had committed an act that, if committed by
an adult, would constitute the crime of petit larceny, and placed
him on probation for a period of 12 months, unanimously af-
firmed, without costs.

The court properly exercised its discretion in determining that a 12-month period of probation, and not an adjournment in contemplation of dismissal, was the least restrictive alternative that would promote appellant's needs and best interests while also protecting the community (*see Matter of Katherine W.*, 62 NY2d 947 [1984]). The court properly determined that probation supervision was warranted, particularly in view of the seriousness of appellant's offense, which involved a purse-snatching with an accomplice actually present. Concur—Tom, J.P., Sullivan, Williams, Friedman and Marlow, JJ.